[No. 17867-2-II.   Division Two.   September 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANGEL RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02421-7, Karen L. Strombom, J., entered December 7, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 17992-0-II.   Division Two.   September 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH R. FOURMONT, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 88-1-00125-7, William E. Howard, J., entered February 8, 1994. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 18036-7-II.   Division Two.   September 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT MURPHY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-1-02641-4, Frederick W. Fleming, J., entered February 18, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Wiggins, JJ.